# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **Virgil Spellmeyer,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 10-4024-CV-C-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Friday, January 7, 2011, the Court entertained oral argument on the *Plaintiff's Appeal Brief*, filed June 22, 2010 [Doc. 8] and the *Brief For Defendant*, filed October 1, 2010 [Doc. 14]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of oral argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.


                                   */s/ John T. Maughmer*
                                     **JOHN T. MAUGHMER**
                                    **U. S. MAGISTRATE JUDGE**